JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN SMITH,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY OF LA VERNE, ET AL.,<br><br>                Defendants. | Case No.  CV 23-644-KK-Ex<br><br>JUDGMENT |

     This action came on for jury trial, the Honorable Kenly Kiya Kato, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

     IT IS ORDERED AND ADJUDGED that plaintiff Justin Smith recover of defendants City of La Verne and Addiel Julian, jointly and severally, the sum of $70,000, plus attorney's fees pursuant to Section 52.1 of the California Civil Code and costs pursuant to Federal Rule of Civil Procedure 54, with post-judgment interest thereon at the rate specified by 28 U.S.C. § 1961.

Dated:  May 21, 2024

                                _____
                                HONORABLE KENLY KIYA KATO
                                United States District Judge